**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:22-CR-00160-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MATTHEW BERTRAND (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

**JUDGMENT**

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation (Doc. 39). After considering the official transcript (Doc. 38) and noting the defendant's waiver of any objections (Doc. 35), the Court finds the plea is correct under applicable law. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Matthew Bertrand, is ACCEPTED and is fully adjudged guilty of the offense charged in Count 2, consistent with the report and recommendation.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that sentencing is set for March 23, 2023 in Courtroom 4 of the U.S. District Court in Lake Charles, Louisiana before the undersigned.

**THUS DONE AND SIGNED** in Chambers this 8th day of November, 2022.

_JAMES D. CAIN, JR._
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**
